IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 24-34 |
| | ) |
| AKEEM VANCE | ) |
| Defendant. | ) |

ORDER OF COURT

AND NOW, this 2nd day of April 2025, upon consideration of the Defendant's oral Motion for Extension of Time to File Pretrial Motions, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the extension of time caused by this continuance (April 7, 2025 through June 9, 2025) is deemed excludable under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161 (h)(7)(A), since, for the reasons stated in the defendant's motion, the failure to grant such continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h)(7)(B)(iv).

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 12 are due on or before June 9, 2025.

/s/ *Marilyn J. Horan*
United States District Judge